# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 13, 2023

_____

## DOCKET CORRECTION NOTICE

_____

No. 23-1474,    <u>Anthony Dial v. Robeson County</u>
                1:20-cv-01135-WO-JLW

TO:    Robeson County
       Robeson County Department of Social Services

JOINT APPENDIX CORRECTION DUE:  October 18, 2023

Please make the correction identified below and file a corrected document by the due date indicated. Use the **JOINT APPENDIX and SEALED JOINT APPENXIX** entries and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

[x] <u>See Checklist</u>: Please make corrections identified on attached checklist.

Cyndi Halupa, Deputy Clerk
804-916-2704